1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH,<br><br>          Plaintiff,<br><br>v.<br><br>KEN SALAZAR, et al.,<br><br>          Defendants. | 2:10-CV-1634 JCM (LRL) |

**ORDER**

Presently before the court is the case of *Leigh v. Salazar et al* (10-cv-01634-JCM-LRL). Plaintiff filed her complaint (dos. #1) on September 22, 2010, in the United States District Court, District of Nevada's southern division.

On September 23, 2010, plaintiff filed a notice to the clerk (doc. #2), where she asserts that the northern division of the District of Nevada would provide a more convenient and appropriate venue for the case, due to the fact the parties and all of the conduct are located in northern Nevada. Further, she states that she "would certainly accept and appreciate transfer to the north if warranted."

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Leigh v. Salazar et al* (10-cv-01634-JCM-LRL) be, and the same hereby is, immediately transferred to the northern division of the District of Nevada .

DATED September 24, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge